1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CHARLES A. ROGERS, | 1:09-cv-01027-SMS-PC |
| 12 | ORDER GRANTING REQUEST FOR |
|      Plaintiff, | SCREENING ORDER |
| 13 | |
|    v. | ORDER GRANTING EXTENSION OF |
| 14 | TIME TO FILE RESPONSE TO COMPLAINT |
| VARGAS, et al., | |
| 15 | (Doc. 1-4.) |
| 16      Defendants. | |

17 _____/

18       This is a civil action filed by plaintiff Charles A. Rogers ("plaintiff"), a state prisoner

19 proceeding pro se. This action was initiated by civil complaint filed by plaintiff in the Kings County

20 Superior Court on March 6, 2009 (Case #09CV0366). On June 11, 2009, defendants S. C. Ponce

21 and L. Polk ("defendants") removed the case to federal court by filing a Notice of Removal of

22 Action pursuant to 28 U.S.C. § 1441(b). (Doc. 1.) Counsel for defendants has not informed the

23 court of the date defendants received a copy of the complaint. On June 11, 2009, defendants filed

24 a request for the court to screen plaintiff's complaint under 28 U.S.C. § 1915A and grant defendants

25 an extension of time in which to file a responsive pleading. Plaintiff has not filed an opposition to

26 the request.

27       The court is required to screen complaints brought by prisoners seeking relief against a

28 governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). At the

1

1  time of the events at issue, plaintiff was incarcerated at the California Substance Abuse Treatment

2  Facility ("SATF"), a state prison located in Corcoran, California.  Plaintiff brings claims in the

3  complaint against defendants B. Vargas (Librarian Technical Assistant at SATF), S. C. Ponce

4  (Academic Vice Principal at SATF), and L. Polk (Associate Warden at SATF) for economic

5  discrimination, retaliation, breach of duty, equal protection, and violation of his rights to access the

6  courts under the First Amendment.  All of the named defendants were employed by the California

7  Department of Corrections and Rehabilitation, a California state entity, at a California state prison

8  when the alleged events occurred.  Therefore, the court is required to screen the complaint.

9  Accordingly, defendants' motion for the court to screen the complaint shall be granted.  In addition,

10  good cause appearing, the motion for extension of time shall also be granted.

11          Based on the foregoing, IT IS HEREBY ORDERED that:

12      1.      Defendants' request for the court to screen the complaint is GRANTED, and the court

13              shall issue a screening order in due time;

14      2.      Defendants Ponce and Polk are GRANTED an extension of time until thirty days

15              from the date of service of the court's screening order in which to file a response to

16              the complaint.

17  IT IS SO ORDERED.

18  **Dated:    July 31, 2009**                    _____/s/ Sandra M. Snyder_____
                                                   UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28