# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. ROGERS<br><br>           Plaintiff,<br><br>   v.<br><br>S. PONCE, et al.,<br><br>           Defendants.<br>_____/ | CASE NO.   1:09-cv-01027-AWI-GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING, WITH PREJUDICE, FEDERAL CLAIMS FOR FAILURE TO STATE A CLAIM AND REMANDING ACTION TO STATE COURT FOR CONSIDERATION OF ANY REMAINING STATE LAW CLAIMS<br><br>(Doc. No. 13)<br><br>CLERK SHALL CLOSE CASE |

**ORDER**

Plaintiff Charles A. Rogers ("Plaintiff"), a state inmate, is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United State Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Defendants removed this action from Kings County Superior Court on June 11, 2009. (ECF No. 1.)  Plaintiff's original Complaint was dismissed with leave to amend for failure to state any claims. (ECF No. 7.)  On December 30, 2010, Plaintiff filed his First Amended Complaint. (ECF No. 8.)  The Magistrate Judge dismissed the First Amended Complaint, with leave to amend, on January 7, 2011. (ECF No. 9.)  Plaintiff filed a Second Amended Complaint on February 10, 2011. (ECF No. 12.)  Upon screening, the Magistrate

1

Judge recommended dismissal of federal claims with prejudice for failure to state a claim upon which relief may be granted and remand of state claims to state court on February 22, 2011. (ECF No. 13.) Plaintiff was directed to file Objections within thirty days. Plaintiff has failed to file any Objections or otherwise respond to the Court's Order.  Further, Defendants have filed no response or objection to the recommendation that the Court remand this case to the Kings County Superior Court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 302, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 22, 2011, is ADOPTED;

2. Plaintiff's Federal Claims contained in his Second Amended Complaint are DISMISSED withprejudice;

3. Pursuant to 28 U.S.C. § 1367(c)(3), the Court DECLINES to exercise supplemental jurisdiction over Plaintiff's state law claims,;

4. The action is REMANDED forthwith to Kings County Superior Court for further proceedings concerning any state claims; and

5. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   July 22, 2011

CHIEF UNITED STATES DISTRICT JUDGE